Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Andre Lovell Taylor                                      Docket No. 00-00103-001

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Andre Lovell Taylor, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 19th day of December 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall report to the Probation Office in the district to which he is released within 72 hours of release.
- Shall not possess a firearm or destructive device.
- Shall not illegally possess a controlled substance.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed.
- Shall participate in a mental health treatment program as directed.
- Shall pay restitution of $500 in monthly installments of not less than 10 percent of gross monthly income to commence 30 days after release from custody.
- Shall provide probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless in compliance with payment installment schedule.
- Shall notify the United States Attorney's Office within 30 days of any change of residence that occurs while any portion of restitution remains unpaid.
- Shall pay a $100 special assessment.

| | |
|---|---|
| 12-19-00: | Bank Robbery; 46 months' imprisonment with 3 years' supervised release. |
| 06-29-04: | Released to supervision; Currently supervised by U.S. Probation Officer Wendy M. Brown. |
| 11-09-04: | Petition signed, Judge Ambrose; Show cause hearing scheduled for November 22, 2004. |
| 11-23-04: | Arrest warrant issued; Judge Ambrose. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following condition of supervised release:

**Shall not commit another federal, state, or local crime.**

On December 28, 2004, the defendant was arrested on several drug and weapons-related charges in Somerset County.

On January 31, 2007, at Case No. 282 Criminal 2005, he was found guilty of Possession of a Controlled Substance, Conspiracy to Possess a Controlled Substance, and Possession of Paraphernalia. On April 26, 2007, he was sentenced to an aggregate term of one to three years' imprisonment, to run concurrently to the sentence imposed at Case No. 283 of 2005, with credit for time served since December 28, 2004.

On March 23, 2007, at Case No. 283 Criminal 2005, he was found guilty of two counts of Possession of a Firearm, and Possession of Paraphernalia. On April 26, 2007, he was sentenced to an aggregate term of two to six years' imprisonment, to run concurrently to the sentence imposed at Case No. 282 of 2005, with credit for time served since December 28, 2004.

U.S.A. vs. Andre Lovell Taylor
Docket No. 00-00103-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the afore-cited violations of supervision be incorporated as part of the petition action previously made a part of the records in this case on November 9, 2004.

ORDER OF COURT

Considered and ordered this _20th_ day of _June_, 20 _07_ and ordered filed and made a part of the records in the above case.

_Donetta W. Ambrose_
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 18, 2007

_Wendy M. Brown_ per Ger
Wendy M. Brown
U.S. Probation Officer

_Roselyn Gerson_
Roselyn Gerson
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania